IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANJI LYNN BAKER,

    Petitioner,               No. CIV S-01-0804 WBS JFM P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.         ORDER

_____/

        On December 23, 2005, counsel for petitioner brought to this court's attention a recent decision of the United States Supreme Court. <u>Miller-El v. Dretke</u>, _____ U.S. _____, 125 S.Ct. 2317 (2005).  Good cause appearing, respondents will be permitted to respond to petitioner's letter brief.  Accordingly, IT IS HEREBY ORDERED that respondents may file a letter brief responsive to petitioner's December 23, 2005 letter brief within twenty days from the date of this order.

DATED: January 17, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/001; bake0804.fb

1