IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANJI LYNN BAKER ,**<br><br>                              Petitioner,<br><br>       v.<br><br>**GAIL LEWIS, et al. ,**<br><br>                              Respondent. | 01-0804 LKK JFM P<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR 21 DAY EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

    FOR GOOD CAUSE SHOWN, respondent's request for a twenty-one (21) day extension of time to and including May 21, 2007 to file respondent's reply to petitioner's objections to the findings and recommendations is granted.

DATED:  April 25, 2007.

                                   _/s/ John F. Moulds_
                                   UNITED STATES MAGISTRATE JUDGE

/bake0804.ext

Order